TERRELL, J.:

The record and the briefs in this case have been examined. It is shown to be a companion case to Florida Industrial Commission and Charles C. Brand v. Peninsular Life Insurance Company, a corporation, decided this date. The judgment appealed from is affirmed on authority of the latter case.

BROWN, C. J., WHITFIELD, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

**FLORIDA INDUSTRIAL COMMISSION and CARY LEE HICKMAN, v. GULF LIFE INSURANCE COMPANY, a corporation.**

10 So. (2nd) 795                              June Term, 1942
December 8, 1942                            En Banc
Rehearing Denied January 8, 1943

*Burnis T. Coleman, John P. Mack* and *S. Sherman Weiss,* for appellants.

*William H. Jeter* and *Keen and Allen, and Frank O'Kelley, Jr.,* for appellee.

TERRELL, J.:

The record and the briefs in this case have been examined. It is shown to be a companion case to Florida Industrial Commission and Charles C. Brand v. Peninsular Life Insurance Company, a corporation, decided this date. The judgment appealed from is affirmed on authority of the latter case.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

**THE ATLANTIC NATIONAL BANK OF JACKSONVILLE, as Executor of the Will of C. H. PASCHALL, deceased, v. W. T. KIRKWOOD.**

10 So. (2nd) 743                              June Term, 1942
December 11, 1942                          En Banc